

Appellant's brief is due within 63 days of the date of filing of this order.

**Felicidad DE LA CRUZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3146.

United States Court of Appeals, Federal Circuit.

Sept. 7, 2005.

Felicidad De La Cruz, pro se.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**William H. LEE, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 05–3287.

United States Court of Appeals, Federal Circuit.

Sept. 7, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 63 days from the date of filing of this order.

**Gary L. STEIB, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3308.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2005.

Gary L. Steib, pro se.